## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.                                    NO. 4:14CR00010-06-JLH

ROOSEVELT LAMONT MARTIN                                                          DEFENDANT

### ORDER

Defendant Roosevelt Lamont Martin filed a *pro se* motion to appoint counsel (docket entry #345), and Judge J. Leon Holmes referred the motion to this Court for disposition. (#346) In the motion, Mr. Martin states that issues of payment and professionalism caused him to dissolve his relationship with retained counsel.

The Court previously determined that Mr. Martin is financially unable to employ counsel. (#127) For good cause shown, Defendant's motion (#345) is GRANTED. Jimmy C. Morris, Jr. is relieved of further representation, and Sara F. Merritt, 410 West 26th Street, Suite 2, North Little Rock, Arkansas, 72114, is re-appointed to represent Defendant Martin in all further proceedings.[1]

DATED this 2nd day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This Court appointed Ms. Merritt to represent Mr. Martin before he retained Mr. Morris. (#35, #127, #203)