IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 4:14-cr-10-DPM-6

ROOSEVELT LAMONT MARTIN DEFENDANT

# ORDER

Martin moves for early termination of his supervised release. The Probation Office and the United States don't oppose early termination. All material things considered, the interests of justice favor granting the motion, *Doc. 976*. 18 U.S.C. § 3583(e). While he still owes whatever amount of the money Judgment that remains unpaid, Martin's supervised release has ended. Well done.

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026